IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SHERRY ATWOOD, JAMES DRISKELL, PHIL FEATHERBAY, DON GLEDHILL, LINDA GLEDHILL, BARB GRIFFIN, JOETTE KELLY, CATHY LISKA,** and **SCHALAMAR CREEK MOBILE HOMEOWNER'S ASSOCIATION, INC.**, on behalf of themselves, the class of current and former mobile homeowners in the Park and all others similarly situated,

    Plaintiffs,

Vs.

**STEVEN ADLER, ET AL.**,

    Defendants.
_____/

CASE NO. 8:19-CV-00291-JSM-AEP

**CLASS ACTION REPRESENTATION AND DEMAND FOR JURY TRIAL**

**INJUNCTIVE RELIEF SOUGHT**

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 1, 2019 I electronically filed the Amended Complaint (*Dkt*. 44) with the Clerk of Court using the CM/ECF System which issues service upon the parties of record.

    /s/ Daniel W. Perry
    Daniel W. Perry, Esq.,
    FB # 376671
    4767 New Broad St. #1007
    Orlando, FL 32814-6405
    Ph 407-894-9003
    dan@danielperry.com
    Attorney for Plaintiffs