# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**SCHALAMAR CREEK MOBILE HOMEOWNER'S ASSOCIATION, INC., SHERRY ATWOOD, JAMES DRISKELL, PHIL FEATHERBAY, DON GLEDHILL, LINDA GLEDHILL, BARB GRIFFIN, JOETTE KELLY, AND CATHY LISKA.,**
        Plaintiffs,

CASE NO.: 19-CV-00291-TPB-AEP

v.

**STEVEN ADLER, ET. AL.,**
        Defendants.                   /

## NOTICE OF APPEAL

**Notice is hereby given** that Plaintiffs SCHALAMAR CREEK MOBILE HOMEOWNER'S ASSOCIATION, INC. ET. AL., SHERRY ATWOOD, JAMES DRISKELL, DON GLEDHILL, LINDA GLEDHILL, BARB GRIFFIN, JOETTE KELLY AND CATHY LISKA (all Plaintiffs except Phil Featherbay) hereby appeal to the United States Court of Appeals for the Eleventh Circuit from the Final Judgment entered in this action on August 11, 2020 [Dkt. 122].

Date:  September 10, 2020

        By: */s/ Dineen Pashoukos Wasylik*
        Dineen Pashoukos Wasylik, FBN 0191620
        **DPW LEGAL**
        PO Box 48323
        Tampa, FL 33646
        (813) 778-5161; (813) 907-3712 (fax)
        service@ip-appeals.com
        dineen@ip-appeals.com
        *Appellate Attorney for Listed Plaintiffs*

CASE NO.: 19-CV-00291-TPM-AEP

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which served a copy on the following:

Katherine Earle Yanes
Kynes, Markman & Felman, PA
100 S Ashley Dr − Ste 1300
PO Box 3396
Tampa, FL 33601−3396
813/229−1118
Fax: 813−221−6750
Email: KYanes@kmf−law.com

Brian Lucas Shrader
Shrader Law, PLLC
612 W. Bay St.
Tampa, FL 33606−2704
813−360−1529
Fax: 813−336−0832
Email: bshrader@shraderlawfirm.com

Mahlon Herbert Barlow , III
Sivyer Barlow & Watson PA
401 E Jackson St Ste 2225
Tampa, FL 33602−5213
813−221−4242
Fax: 813−227−8598
Email: mbarlow@sbwlegal.com

Daniel W. Perry
Law Office of Daniel Perry
4767 New Broad St Ste 1007
Orlando, FL 32814
407−894−9003
Email: dan@danielperry.com

Joseph Allen Bobo
Lutz, Bobo & Telfair, PA
Suite 500
2 N Tamiami Trail
Sarasota, FL 34236
941−951−1800
Fax: 941−366−1603
Email: jabobo@lutzbobo.com

Ali Vakili Mirghahari
Sivyer Barlow & Watson PA
401 E Jackson St Ste 2225
Tampa, FL 33602−5213
813−221−4242
Fax: 813−227−8598
Email: amirghahari@sbwlegal.com

*/s/ Dineen Pashoukos Wasylik*            .
 Dineen Pashoukos Wasylik, FBN 0191620