UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRY ATWOOD, JAMES DRISKELL,
PHIL FEATHERBAY, DON GLEDHILL,
LINDA GLEDHILL, BARB GRIFFIN,
JOETTE KELLY, CATHY LISKA, and
SCHALAMAR CREEK MOBILE
HOMEOWNER'S ASSOCIATION, INC.,

    Plaintiffs,

v.                                            Case No. 8:19-cv-291-T-60AEP

STEVEN ADLER, LORRAINE DEMARCO,
R. SCOTT PROVOST, CHARLES CROOK,
MARTI NEWKIRK, MUREX PROPERTIES,
L.L.C, THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY, RANDALL
KNAPP, OSPREY LINKS, LLC,
SCHALAMAR GP, INC., RICHARD LEE,
DAVID EASTMAN, and LUTZ, BOBO &
TELFAIR, P.A.,

    Defendants.
_____/

## ORDER DENYING WITHOUT PREJUDICE
## DEFENDANTS' MOTIONS FOR SANCTIONS

    This matter is before the Court on the following motions:

    (1) "Defendants' Motion for Rule 11 and §57.105 Sanctions" (Doc. 136), filed by Defendants Steve Adler, Lorraine DeMarco, R. Scott Provost, Charles Crook, Marti Newkirk, Murez Properties, LLC, The Northwestern Mutual Life Insurance Company, Randall Knapp, Julie Jennings f/k/a Julie Knapp, J & J Sanitation Services Inc., Osprey Links, LLC, Schalamar GP, Inc., Richard Lee, David Eastman, and Lutz, Bobo & Telfair, P.A. d/b/a Lutz, Bobo, Telfair, Eastman & Lee f/k/a Lutz, Webb & Bobo, P.A.;

 (2) "Defendant Randall Knapp's Motion for Rule 11 Sanctions" (Doc. 137);

 (3) "Defendant Randall Knapp's Motion for § 57.105 Sanctions" (Doc. 138);

 (4) "Defendant Schalamar GP, Inc.'s Motion for Rule 11 Sanctions" (Doc. 139); and

 (5) "Schalamar GP Inc.'s Motion for § 57.105 Sanctions" (Doc. 140).

Following the Court's entry of judgment in favor of Defendants, and against Plaintiffs, all Plaintiffs except Phil Featherbay appealed the judgment. (Doc. 143). After reviewing the motions, responses, court file, and the record, the Court denies the motions for sanctions without prejudice. The Court declines to enter piecemeal orders with respect to a party's entitlement to fees and costs, so the issue of sanctions may be addressed at the conclusion of the case following resolution of the pending appeal.[1] If necessary, Defendants may renew their motions as is or submit supplemental motions following conclusion of the appeal.

Accordingly, it is

**ORDERED**, **ADJUDGED**, and **DECREED**:

(1) Defendants' motions for sanctions (Docs. 136, 137, 138, 139, and 140) are

 **DENIED WITHOUT PREJUDICE**.

---

[1] This action preserves judicial resources, prevents piecemeal litigation, and promotes the interests of efficiency and economy. As United States Magistrate Judge Anthony E. Porcelli noted, the issues have not been conclusively determined at this time given the pending appeal. (Doc. 154). Therefore, consideration of the request for sanctions, including attorney's fees and costs, would constitute a waste of judicial resources.

(2) To the extent necessary, within fourteen days of the conclusion of the appeal in this matter, Defendants may renew their motions or may submit supplemental motions with any further information they seek to include for the Court's consideration.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>19th</u> day of November, 2020.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**