UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHERRY ATWOOD, JAMES DRISKELL,
PHIL FEATHERBAY, DON GLEDHILL,
LINDA GLEDHILL, BARB GRIFFIN,
JOETTE KELLY, CATHY LISKA, and
SCHALAMAR CREEK MOBILE
HOMEOWNER'S ASSOCIATION, INC.,

      Plaintiffs,

v.                                                                          Case No. 8:19-cv-291-TPB-AEP

STEVEN ADLER, LORRAINE DEMARCO,
R. SCOTT PROVOST, CHARLES CROOK,
MARTI NEWKIRK, MUREX PROPERTIES,
L.L.C, THE NORTHWESTERN MUTUAL
LIFE INSURANCE COMPANY, RANDALL
KNAPP, OSPREY LINKS, LLC,
SCHALAMAR GP, INC., RICHARD LEE,
DAVID EASTMAN, and LUTZ, BOBO &
TELFAIR, P.A.,

      Defendants.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

This matter is before the Court on consideration of the report and

recommendation of Anthony E. Porcelli, United States Magistrate Judge, entered on

August 11, 2022.   (Doc. 187).   Judge Porcelli recommends that Defendants'

"Supplemental Motion for Attorneys' Fees and Costs" (Doc. 185) be granted to the

extent that Defendants are awarded $356,888.48 in attorney's fees and $9,365.20 in

costs.   On September 8, 2022, Plaintiffs filed an objection.   (Doc. 202).

After conducting a careful and complete review of the findings and

recommendations, a district judge may accept, reject, or modify the magistrate

judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject, or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. *See Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994); *Castro Bobadilla v. Reno*, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), *aff'd*, 28 F.3d 116 (11th Cir. 1994) (table).

Upon due consideration of the record, including Judge Porcelli's report and recommendation, the Court adopts the report and recommendation.   The Court agrees with Judge Porcelli's well-reasoned factual findings and conclusions, and the objections do not provide a basis for overruling the report and recommendation. Consequently, Consequently, Defendants' motions for sanctions are denied.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1)     Judge Porcelli's report and recommendation (Doc. 187) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2)     Defendants' "Supplemental Motion for Attorney's Fees and Costs" (Doc. 185) is granted to the extent that Defendants are awarded attorney's fees in the amount of $356,888.48 and costs in the amount of $9,365.20.

(3)     The Clerk is directed to prepare an amended judgment that includes the award

of attorney's fees and costs, as set forth herein.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this <u>26th</u> day of

September, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**